UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OXFORD GLOBAL RESOURCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALICIA SPEED and GARRETT PETERS,<br><br>Defendants. | Civil Action No. 1:16-cv-12427-NMG |

**OXFORD GLOBAL RESOURCES, LLC'S
ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS A AND B TO THE STIPULATION AND ORDER [D.E. 33]**

Pursuant to Local Rule 7.2 and this Court's May 15, 2015 Standing Order, Plaintiff Oxford Global Resources, LLC ("**Oxford**" or "**Plaintiff**") respectfully files this assented-to motion ("**Motion**") requesting leave to file under seal Exhibits A and B (the "**Exhibits**") to the Stipulation and Order ("**Stipulation**") [D.E. 33] filed with the Court on December 22, 2016. Oxford is also contemporaneously filing herewith an accompanying Affidavit of James M. Vant in support of this Motion. Defendants Alicia Speed ("**Speed**") and Garrett Peters ("**Peters**" and, together with Speed, "**Defendants**"), through their counsel, have assented to this Motion.

On November 17, 2016, Oxford filed an action against Defendants in the United States District Court for the Southern District of Ohio entitled, *Oxford Global Resources, LLC v. Alicia Speed, et al.*, No. 16-CV-1086 (S.D. Ohio *filed* Nov. 17, 2016), which was later transferred to this Court. In its Verified Complaint [D.E. 1], Oxford alleges that Defendants breached various post-employment restrictive covenants contained in each of their respective Confidentiality, Non-Solicitation, and Non-Competition Agreements ("**Agreements**") with Oxford. Oxford also filed a Motion for a Temporary Restraining Order and Preliminary Injunction (and supporting pleadings) [D.E. 2, 2-1, 2-2, 3] seeking a temporary restraining order and a preliminary

*Motion allowed.* /s/ NMGorton, USDJ 12/22/16